# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145470

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re WATERS DRAIN DRAINAGE DISTRICT
_____

ARATH IV, INC., and BOMARKO, INC.,
      Plaintiffs-Appellants,

v

KENT COUNTY DRAIN COMMISSIONER,
      Defendant-Appellee.

_____/

SC: 145470
COA: 298873
Kent CC: 09-012518-AV

On order of the Court, the application for leave to appeal the April 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

                          Clerk

t1015